LOUIS WHITE v. THE STATE.

No. 8923.   Delivered November 5, 1924. .

No motion for rehearing filed.

Possessing Intoxicating Liquor—Evidence Sufficient.

There are no statement of facts nor bills of exception in this case, and it is affirmed.

Appeal from the Criminal District Court of Harris County.   Tried below before the Hon. C. W. Robinson, Judge.

Appeal from a conviction for possessing intoxicating liquor; penalty, one year in the penitentiary.

No brief filed for appellant.

· *Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the Criminal District Court of Harris County of possessing intoxicating liquor, and his punishment fixed at one year in the penitentiary.

This case is before us on appeal without statement of facts or bills of exception.   We have examined the indictment and the charge of the court and believe same to be in conformity with law.   An affirm-ance will be ordered.

*Affirmed.*